# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>        Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

       Plaintiff Taylor Gamino, proceeding pro se, filed this action on March 22, 2018. (ECF No. 1.) Along with the complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. Upon review of the application, Plaintiff has not answered all the questions set forth asking whether Plaintiff has received funds from specific sources in the past twelve months. Plaintiff indicates receiving disability or worker's compensation payments and then indicates receiving $664.24 per month in SSI. However, Plaintiff did not check "yes" or "no" for whether Plaintiff receives income from "business, profession, or other self-employment," "rent payments, interest or dividends," "pension, annuity, or life insurance payments," "gifts, or inheritances," and "any other sources." Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

       Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is

1

unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: __**March 26, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

2