# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 4) |

Plaintiff Taylor Gamino, filed a complaint on March 22, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. At the direction of the Court, Plaintiff filed a long form application to proceed in forma pauperis on April 10, 2018.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **April 12, 2018**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1