# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>       Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>       Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH MAY 21, 2018 ORDER<br><br>(ECF No. 7)<br><br>FOURTEEN DAY DEADLINE |

      Plaintiff Taylor Gamino filed a complaint in this action on March 22, 2018. (ECF No. 1.) On April 17, 2018, Plaintiff's complaint was screened and he was ordered to either file an amended complaint or notify the Court that he was willing to proceed on the claims found to be cognizable in the screening order. (ECF No. 6.) Plaintiff filed a first amended complaint on May 21, 2018. (ECF No. 7.)

      The April 17, 2018 screening order specifically advised Plaintiff that he was to file "an amended complaint **not to exceed 20 pages in length, double spaced using size 12 Times New Roman or similar font**[.]" (ECF No. 6 at 21:11-12 (emphasis in original).) Plaintiff's first amended complaint is twenty-four pages in length, and therefore violates the April 17, 2018 order.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint, filed April 17, 2018, is STRICKEN FROM THE RECORD for failing to comply with the April 17, 2018 screening order;
2. Within fourteen (14) days of the date of service of this order, Plaintiff shall file a first amended complaint that complies with the page limitations and other requirements of the April 17, 2018 order; and
3. If Plaintiff fails to file a first amended complaint in compliance with this order, the Court will recommend that this action be dismissed as a sanction for the failure to comply.

IT IS SO ORDERED.

Dated: __**June 4, 2018**__

UNITED STATES MAGISTRATE JUDGE