# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff's first amended complaint has been screened and found to state a cognizable claim against Defendant Peterson for retaliation in violation of the First Amendment; and against Defendants Yosemite Community College District and Modesto Junior College for discrimination in violation of the Americans with Disabilities Act and Rehabilitation Act for failing to provide access to the testing center during evening classes

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **John Peterson**

    **Yosemite Community College District**

    **Modesto Junior College**

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3)

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed June 21, 2018;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above;

    c. Four (4) copies of the endorsed First Amended Complaint filed June 21, 2018;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **August 20, 2018**

                                             UNITED STATES MAGISTRATE JUDGE