# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 13, 14) |

On August 20, 2018, an order issued finding cognizable claims and requiring Plaintiff to complete and return service documents within thirty days. (ECF No. 12.) On September 27, 2018, findings and recommendations were filed recommending dismissing this action for Plaintiff's failure to return service documents. (ECF No. 13.) On this same date, the notice of submission of documents was filed. (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 27, 2018 is VACATED.
2. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the United States Marshals Service ("USM"):
   (a) One completed and issued summons;
   (b) One completed USM−285 form;

1

(c) One copy of the amended complaint filed on June 21, 2018, plus an extra copy for the USM;

(d) One copy of this order, plus an extra copy for the USM; and

3. Within ten days from the date of this order, the USM is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    **John Peterson**

    **Yosemite Community College District**

    **Modesto Junior College.**

4. The USM shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, the USM shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), and command all necessary assistance from the Yosemite Community College District to execute this order. The USM shall maintain the confidentiality of all information provided pursuant to this order.

    b. Within ten days after personal service is effected, the USM shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the USM for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in

accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. **If defendants waive service, they are required to return the signed waivers to the USM. The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

IT IS SO ORDERED.

Dated: **September 28, 2018**

UNITED STATES MAGISTRATE JUDGE