1  KELLIE M. MURPHY, ESQ. (SBN 189500)
   kellie@jsl-law.com
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  Harvard Square
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for DEFENDANTS:
   YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, and
7  JOHN PETERSON

8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  TAYLOR GAMINO,                          )   **Case No.** 1:18-cv-00391-LJO-SAB
                                            )
13         Plaintiff,                       )   **DEFENDANTS YOSEMITE
                                            )   COMMUNITY COLLEGE DISTRICT,**
14  v.                                      )   **MODESTO JUNIOR COLLEGE, AND**
                                            )   **JOHN PETERSON'S ANSWER TO**
15                                          )   **PLAINTIFF'S FIRST AMENDED**
    YOSEMITE COMMUNITY COLLEGE              )   **COMPLAINT; JURY DEMAND**
16  DISTRICT, MODESTO JUNIOR COLLEGE;       )
    ELDA BAUTISTA; JOHN PETERSON;           )
17  BANUELOS; in their official and individual )
    capacities,                             )   Complaint filed:     March 22, 2018
18                                          )
           Defendants.                      )   Trial:               None Set
19                                          )
                                            )
20  _____ )

21

22         Defendants YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR

23  COLLEGE, and JOHN PETERSON (hereinafter collectively "Defendants") hereby answer

24  Plaintiff TAYLOR GAMINO's First Amended Complaint as follows:

25  **I.    DEFENDANTS' ANSWER**

26                              **INTRODUCTION**

27         1.    To the extent the allegations in this paragraph are conclusions of law and/or are

28  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

pursuant to 28 U.S.C. § 1915(e)(2), no response is required.  To the extent a response is deemed required, Defendants admit that this action is proceeding in accordance with and as expressly limited by the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11).  Except as expressly admitted herein, Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

2.	To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph regarding Plaintiff's medical condition(s) and the effect(s) thereof, including the first sentence of the paragraph, and on that basis deny each and every such allegation.  Defendants admit that the Yosemite Community College District, of which Modesto Junior College is a part, receives federal funding.  Defendants admit that Elda Bautista is an adjunct professor of mathematics in the Science, Mathematics & Engineering Department at Modesto Junior College, but deny that she is a defendant in this action, and that Defendant John Peterson is a professor of automotive technology in the Career Technical Education/Workforce Development Department at Modesto Junior College.  Defendants admit that Plaintiff was determined to be a student with a verified disability resulting in educational limitations and was authorized by the Modesto Junior College Disabled Students Programs & Services at various times for certain academic accommodations,

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

1  and that Elda Bautista and Defendant John Peterson were aware that Plaintiff was authorized for

2  certain academic accommodations.  Defendants admit that Plaintiff sent an email dated March

3  23, 2016 to Elda Bautista regarding Plaintiff's characterization of discussions he alleges occurred

4  with Elda Bautista during class on March 22, 2016, and copied Derek Waring and Jill Stearns.

5  Except as expressly admitted herein, Defendants deny each and every remaining allegation in

6  this paragraph to which a response is deemed required.

7         3.     To the extent the allegations in this paragraph are conclusions of law and/or are

8  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

9  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

10  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

11  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

12  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

13  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

14  2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff was determined to

15  be a student with a verified disability resulting in educational limitations and was authorized by

16  the Modesto Junior College Disabled Students Programs & Services at various times for certain

17  academic accommodations, and that Defendant John Peterson was aware that Plaintiff was

18  authorized for certain academic accommodations.  Except as expressly admitted herein,

19  Defendants deny each and every remaining allegation in this paragraph to which a response is

20  deemed required.

21         4.     To the extent the allegations in this paragraph are conclusions of law and/or are

22  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

23  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

24  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

25  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

26  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

27  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

5.      To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny all each and every remaining allegation in this paragraph to which a response is deemed required.

6.      To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

7.      To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

1  August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every

2  remaining allegation in this paragraph to which a response is deemed required.

3                               **JURISDICTION AND VENUE**

4        8.      To the extent the allegations in this paragraph are conclusions of law and/or are

5  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

6  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

7  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

8  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

9  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

10  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

11  2018 (Dkt. No. 11), no response is required.  To the extent a response is deemed required, and

12  subject to and without waiving the affirmative defenses asserted herein contesting, challenging,

13  or otherwise raising defenses concerning jurisdiction and immunity, Defendants admit that

14  jurisdiction over the type of federal law claims asserted by Plaintiff is conferred under 28 U.S.C.

15  §§ 1331 and 1343.  Defendants are without sufficient knowledge or information to form a belief

16  as to the remaining allegations in this paragraph, and on that basis deny each and every such

17  allegation to which a response is deemed required.

18        9.      To the extent the allegations in this paragraph are conclusions of law and/or are

19  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

20  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

21  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

22  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

23  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

24  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

25  2018 (Dkt. No. 11), no response is required.  To the extent a response is deemed required,

26  Defendants admit that to the extent that Plaintiff's claims arise out of events occurring in

27  Stanislaus County, venue in this Court is proper under 28 U.S.C. § 1391.  Defendants are without

28  sufficient knowledge or information to form a belief as to the remaining allegations in this

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

10.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  To the extent a response is deemed required, Defendants admit that to the extent that Plaintiff's claims arise out of events occurring in Stanislaus County, assignment to the Fresno division of the United States District Court, Eastern District of California is appropriate.  Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in this paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

**PARTIES**

11.     To the extent the allegations in this paragraph are conclusions of law, no response is required.  Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in this paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

12.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants admit that Elda Bautista is an adjunct

1  professor of mathematics in the Science, Mathematics & Engineering Department at Modesto

2  Junior College, but deny that she is a defendant in this action.  Except as expressly admitted

3  herein, Defendants deny each and every remaining allegation in this paragraph to which a

4  response is deemed required.

5        13.     To the extent the allegations in this paragraph are conclusions of law and/or are

6  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

7  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

8  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

9  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

10  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

11  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

12  2018 (Dkt. No. 11), no response is required.  Defendants admit that Defendant John Peterson is a

13  professor of automotive technology in the Career Technical Education/Workforce Development

14  Department at Modesto Junior College.  Defendants are without sufficient knowledge or

15  information to form a belief as to the remaining allegations in this paragraph, and on that basis

16  deny each and every such allegation to which a response is deemed required.

17        14.     To the extent the allegations in this paragraph are conclusions of law and/or are

18  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

19  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

20  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

21  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

22  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

23  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

24  2018 (Dkt. No. 11), no response is required.  Defendants admit that Francisco Banuelos was the

25  Dean of Enrollment Services and Special Programs at Modesto Junior College, but deny that he

26  is a defendant in this action.  Except as expressly admitted herein, Defendants deny each and

27  every remaining allegation in this paragraph to which a response is deemed required.

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

15.     To the extent the allegations in this paragraph are conclusions of law, no response is required.  Defendants admit that the Yosemite Community College District operates Modesto Junior College, which is located in Modesto, California in Stanislaus County.  Defendants admit that the administrative offices of the Yosemite Community College District are located in Modesto, California in Stanislaus County.  Except as expressly admitted herein, Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

## BACKGROUND

16.     To the extent the allegations in this paragraph are conclusions of law, no response is required.  Defendants admit that Plaintiff was authorized by the Modesto Junior College Disabled Students Programs & Services at various times for certain academic accommodations, including note taking accommodations.  Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in this paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

17.     To the extent the allegations in this paragraph are conclusions of law, no response is required.  Defendants admit that Plaintiff was determined to be a student with a verified disability resulting in educational limitations and was authorized by the Modesto Junior College Disabled Students Programs & Services at various times for certain academic accommodations, including note taking accommodations, voice recording of lectures, breaks or standing in class when needed, and extended time (time and a half) for tests.  Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in this paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

18.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff attended a class taught by Elda Bautista on March 22, 2016.  Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in this paragraph, and on that basis deny each and every such allegation to which a response is deemed required.

19.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

20.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff sent an email dated March 23, 2016 to Elda Bautista regarding Plaintiff's characterization of discussions he alleges occurred with Elda Bautista during class on March 22, 2016, and copied Derek Waring and Jill Stearns.  Defendants admit that Laura Maki, Interim Dean Science, Math & Engineering, sent an email dated March 24, 2016 to Plaintiff stating:  "Taylor, We just wanted to let you know that we received your correspondence, understand your concerns and will look into this issue.  Thank you, Dr. Maki."  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1       21.    To the extent the allegations in this paragraph are conclusions of law and/or are

2   no longer material allegations after the Court screened Plaintiff's First Amended Complaint

3   pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

4   Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

5   Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

6   and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

7   State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

8   2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff was enrolled in an

9   Auto Shop class (AUTEC 311) with Defendant John Peterson in the Fall 2016 semester that was

10  held at Turlock High School in Turlock, California.  Defendants admit that Plaintiff was

11  authorized by the Modesto Junior College Disabled Students Programs & Services at various

12  times for certain academic accommodations, including voice recording of lectures and extended

13  time (time and a half) for tests, and that Defendant John Peterson was aware that Plaintiff was

14  authorized for certain academic accommodations.  Defendants deny each and every remaining

15  allegation in this paragraph to which a response is deemed required.

16      22.    To the extent the allegations in this paragraph are conclusions of law and/or are

17  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

18  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

19  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

20  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

21  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

22  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

23  2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

24  allegation in this paragraph to which a response is deemed required.

25      23.    To the extent the allegations in this paragraph are conclusions of law and/or are

26  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

27  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

28  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

24.   To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff was enrolled in an Auto Shop class (AUTEC 311) with Defendant John Peterson in the Fall 2016 semester that was held at Turlock High School in Turlock, California, and that the testing center for the Modesto Junior College Disabled Students Programs & Services is located at Modesto Junior College. Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

25.   To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff met with Claudia Puebla, a counselor in the Modesto Junior College Disabled Students Programs & Services, regarding his characterization of discussions he alleges occurred with Defendant John Peterson

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

during class.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

26.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the last sentence of the paragraph, and on that basis deny each and every such allegation.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

27.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

28.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants admit that Plaintiff submitted a discrimination complaint dated March 20, 2017 to Modesto Junior College and that he filed a complaint with the Office of Civil Rights.  Defendants admit that Plaintiff met with Francisco Banuelos, Dean of Enrollment Services and Special Programs at Modesto Junior College.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

29.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

a.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

b.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

JOHNSON SCHACHTER & LEWIS

A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and

2  Recommendations Recommending Dismissing Certain Claims and Defendants issued by United

3  States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order

4  Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for

5  Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J.

6  O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each

7  and every remaining allegation in this paragraph to which a response is deemed required.

8       c.    To the extent the allegations in this paragraph are conclusions of law, damage

9  allegations, and/or are no longer material allegations after the Court screened Plaintiff's First

10  Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and

11  Recommendations Recommending Dismissing Certain Claims and Defendants issued by United

12  States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order

13  Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for

14  Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J.

15  O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each

16  and every remaining allegation in this paragraph to which a response is deemed required.

17       d.    To the extent the allegations in this paragraph are conclusions of law, damage

18  allegations, and/or are no longer material allegations after the Court screened Plaintiff's First

19  Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and

20  Recommendations Recommending Dismissing Certain Claims and Defendants issued by United

21  States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order

22  Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for

23  Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J.

24  O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each

25  and every remaining allegation in this paragraph to which a response is deemed required.

26       30.    To the extent the allegations in this paragraph are conclusions of law and/or are

27  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

28  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required. Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

**COUNT I**

**Violation of Civil Rights Act of 1964 (42 U.S.C. Section 1983) First Amendment Retaliation**

**Defendants BAUTISTA, PETERSON, and BANUELOS in their individual capacity**

31.     Defendants reallege and incorporate by reference, as though fully set forth herein, their responses to paragraphs 1 through 30.

32.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required. Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

**Count II**

**Violation of All-Encompassing Statutory Sections of the ADA, the RA, Including**

**Section 504 of the RA, 29 U.S.C. Section 794d And Accompanying Regulations Related To**

**Students In Postsecondary Education**

**Against Defendants YCCD and MJC**

33.     Defendants reallege and incorporate by reference, as though fully set forth herein, their responses to paragraphs 1 through 32.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

34.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

35.     To the extent the allegations in this paragraph are conclusions of law, damage allegations, and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17, 2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining allegation in this paragraph to which a response is deemed required.

**Count III**

**Violation of Civil Rights Act of 1964 (42 U.S.C. Section 1983) Interference with First Amendment Rights**

**Against Defendant YCCD**

36.     Defendants reallege and incorporate by reference, as though fully set forth herein, their responses to paragraphs 1 through 35.

37.     To the extent the allegations in this paragraph are conclusions of law and/or are no longer material allegations after the Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1   Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

2   and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

3   State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

4   2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

5   allegation in this paragraph to which a response is deemed required.

6          38.    To the extent the allegations in this paragraph are conclusions of law and/or are

7   no longer material allegations after the Court screened Plaintiff's First Amended Complaint

8   pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

9   Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

10  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

11  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

12  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

13  2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

14  allegation in this paragraph to which a response is deemed required.

15         39.    To the extent the allegations in this paragraph are conclusions of law and/or are

16  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

17  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

18  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

19  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

20  and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

21  State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

22  2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

23  allegation in this paragraph to which a response is deemed required.

24         40.    To the extent the allegations in this paragraph are conclusions of law and/or are

25  no longer material allegations after the Court screened Plaintiff's First Amended Complaint

26  pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

27  Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

28  Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

17

1   and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

2   State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

3   2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

4   allegation in this paragraph to which a response is deemed required.

5         41.     To the extent the allegations in this paragraph are conclusions of law and/or are

6   no longer material allegations after the Court screened Plaintiff's First Amended Complaint

7   pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

8   Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

9   Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

10   and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

11   State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

12   2018 (Dkt. No. 11), no response is required.  Defendants deny each and every remaining

13   allegation in this paragraph to which a response is deemed required.

14   **PRAYER FOR RELIEF**

15         To the extent the allegations in this paragraph are conclusions of law, damage allegations,

16   and/or are no longer material allegations after the Court screened Plaintiff's First Amended

17   Complaint pursuant to 28 U.S.C. § 1915(e)(2), as detailed in the Findings and Recommendations

18   Recommending Dismissing Certain Claims and Defendants issued by United States Magistrate

19   Judge Stanley A. Boone, dated August 17, 2018 (Dkt. No. 10) and the Order Adopting Findings

20   and Recommendations and Dismissing Certain Claims and Defendants for Plaintiff's Failure to

21   State a Claim issued by United States Chief District Judge Lawrence J. O'Neill, dated August 17,

22   2018 (Dkt. No. 11), no response is required.  Defendants deny that Plaintiff is entitled to any of

23   the damages, fees, costs, or relief alleged or sought as asserted in the First Amended Complaint

24   or otherwise, or at all.

25   **II.    DEFENDANTS' AFFIRMATIVE DEFENSES**

26         1.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

27   FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

28   assert that Plaintiff's First Amended Complaint, and each and every claim therein, fails to state

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's claims are barred by the doctrine of waiver.

3.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's claims are barred by the doctrine of unclean hands.

4.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's claims are barred by the doctrine of laches.

5.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's claims are barred by the doctrine of estoppel.

6.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's claims are barred by the applicable state and federal statutes of limitations.

7.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff consented, either expressly or impliedly, to any acts, omissions, representations, communications, or conduct as may be shown on the part of Defendants.

8.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that any and all acts or conduct as may be shown on the part of Defendants were lawful, justified, undertaken in good faith, and/or privileged.

9.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff has failed to exhaust his administrative remedies.

10.      AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  assert that Plaintiff failed to exercise reasonable care and diligence to mitigate his alleged

2  damages, if any, and is therefore barred from recovering damages which he could have

3  prevented.

4       11.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

5  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

6  assert that neither they nor any of their actions were a substantial or proximate cause of the

7  injuries alleged by Plaintiff in the First Amended Complaint.

8       12.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

9  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

10  assert that any symptoms of mental or emotional distress or injury allegedly suffered by Plaintiff

11  are the result of a preexisting psychological disorder or an alternative concurrent cause, and not

12  the result of any act or omission of Defendants.

13       13.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

14  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

15  assert that Plaintiff's claim for punitive damages violates the due process clause and the Eighth

16  Amendment prohibiting excessive fines or penalty of the United States Constitution. *State Farm*

17  *Mut. Auto Ins. Co. v. Campbell*, 538 US 408 (2003).

18       14.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

19  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

20  assert that the amount of any award for punitive damages must be commensurate with public

21  fines or penalties that would be imposed for similar conduct. *State Farm Mut. Auto Ins. Co. v.*

22  *Campbell*, 538 US 408 (2003).

23       15.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

24  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

25  assert that Plaintiff's First Amended Complaint fails to state facts entitling him to punitive

26  damages.

27       16.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

28  FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

assert that Plaintiff's First Amended Complaint fails to state facts sufficient for recovery of attorney's fees or other litigation expenses and Plaintiff is not entitled to recover such fees as a pro per plaintiff.

17.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that they are entitled to recover reasonable expenses, including attorney's fees, from Plaintiff in that Plaintiff's Amended Complaint on file herein is frivolous and was brought and maintained in bad faith and without reasonable cause.

18.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that they are entitled to federal common law qualified immunity in that they did not violate a clearly established constitutional right of Plaintiff.

19.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff lacks standing to be entitled to injunctive relief.

20.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that at all relevant times, Defendants and their agents and employees acted in good faith and with reasonable belief as to the legality of things and matters attributed to them, and that as a consequence thereof, no liability should be imposed on Defendants.

21.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert that Plaintiff's First Amended Complaint is barred by the doctrine of sovereign immunity as set forth in the Eleventh Amendment to the United States Constitution and as it arises from the structure of the United States Constitution.

22.     AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants assert the Plaintiff's claims are barred to the extent he premises his theory of liability on

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

1 supervisory liability.

2      23.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

3 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

4 assert that Modesto Junior College is an improper defendant and is an entity that is legally

5 nonexistence and as such, this Court lacks personal jurisdiction over Modesto Junior College and

6 the proceeding is void *ab initio*. *Oliver v. Swiss Club Tell*, 222 Cal. App. 2d 528, 537 (1963).

7      24.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

8 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

9 assert that their actions, as well as the actions of their employees and agents, were taken for

10 legitimate non-discriminatory reasons.

11      25.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

12 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

13 assert that they and their agents and employees are entitled to absolute and qualified immunity

14 pursuant to state and federal law.

15      26.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

16 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

17 assert that Plaintiff's claims and requests for relief in the First Amended Complaint are barred on

18 the grounds that he lacks standing to assert such claims.

19      27.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

20 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

21 assert that Plaintiff's alleged damages and injuries were proximately caused by superseding and

22 intervening causes for which Defendants are not liable.

23      28.    AS A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

24 FIRST AMENDED COMPLAINT AND EACH CLAIM ASSERTED THEREIN, Defendants

25 assert that they are entitled to certain additional privileges, immunities, and affirmative defenses

26 as the same are set forth in certain cases, laws, and statutes of the State of California and the

27 United States of America. The full nature and extent of such privileges, immunities and

28 affirmative defenses are presently unknown to Defendants, who reserves the right to amend this

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

1    Answer to assert such defenses as they become apparent.

2    **III.    DEFENDANTS' PRAYER FOR RELIEF**

3           Wherefore, Defendants pray as follows:

4           1.      That Plaintiff take nothing by reason of the First Amended Complaint and

5    judgment be entered in favor of Defendants;

6           2.      That the First Amended Complaint be dismissed in its entirety, with prejudice;

7           3.      That Defendants be awarded their costs of suit, including attorneys' fees, incurred

8    in defense of this action; and

9           4.      For any other and further relief as the Court may deem just and proper as against

10   Plaintiff.

11   **IV.    DEFENDANTS' JURY DEMAND**

12          Defendants hereby demand a jury trial as to all claims and issues asserted in this action.

13

14    Dated:  January 2, 2019                        JOHNSON SCHACHTER & LEWIS
                                                     A Professional Law Corporation
15

16                                                   By:    /s/ Kellie M. Murphy
                                                     KELLIE M. MURPHY
17                                                   Attorney for Defendants YOSEMITE
                                                     COMMUNITY COLLEGE DISTRICT,
18                                                   MODESTO JUNIOR COLLEGE, and JOHN
                                                     PETERSON
19

20

21

22

23

24

25

26

27

28

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND
JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**PROOF OF SERVICE**

CASE NAME:     *Gamino v. Yosemite Community College District, et al.*
CASE NO.:       1:18-cv-00391-LJO-SAB

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action.  My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND**

X     United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

ELECTRONIC SERVICE - by causing such document to be served electronically to the addressees listed below.

By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Taylor Gamino, In Pro Per
822 - 7th Street
Ripon, CA 95366

X     FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 2, 2019, at Sacramento, California.

        /s/ Jessica Reyes
        JESSICA REYES

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DEFENDANTS YOSEMITE COMMUNITY COLLEGE DISTRICT, MODESTO JUNIOR COLLEGE, AND JOHN PETERSON'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY DEMAND