# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>    Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE NEW CIVIL CASE DOCUMENTS |

Plaintiff has filed a complaint in this action that has been screened and found to state a cognizable claim. On January 2, 2019, Defendants filed an answer to the complaint. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to issue civil new case documents.

IT IS SO ORDERED.

Dated: __**January 3, 2019**__

UNITED STATES MAGISTRATE JUDGE

1