# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>  Plaintiff,<br><br>  v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 22) |

On January 3, 2019, the Court set an initial scheduling conference to take place on March 26, 2019. (ECF No. 19.) On February 28, 2019, a stipulation was filed requesting the Court to continue the scheduling conference due to the unavailability of counsel on such date. (ECF No. 22.)

Accordingly, IT IS HEREBY ORDERED that:

1. The request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference set for March 26, 2019 is CONTINUED to **April 9, 2019, at 10:00 a.m.** in Courtroom 9; and

///

///

///

1

3.      The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**March 4, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE