# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00391-LJO-SAB<br><br>ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO STIPULATION<br><br>(ECF No. 27)<br><br>**DEADLINE: MAY 13, 2019** |

On May 8, 2019, the parties filed a stipulation to allow Plaintiff to file a second amended complaint in this action. (ECF No. 27.) The Court notes that the attached complaint is styled as verified, but is only signed by counsel, not by the verifying party. Thus, the Court will not direct the Clerk of the Court to docket the attached complaint, but instead order the Plaintiff to either file a signed verified complaint, or file a non-verified complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a second amended complaint; and
2. Plaintiff shall file a second amended complaint on or before May 13, 2019.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1