# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>Plaintiff,<br><br>v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>Defendants. | Case No. 1:18-cv-00391-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(ECF No. 34) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before June 6, 2019.

IT IS SO ORDERED.

Dated: **May 22, 2019**

UNITED STATES MAGISTRATE JUDGE

1