# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>        Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00391-SAB<br><br>ORDER RE STIPULATION GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT<br><br>(ECF No. 36) |

On June 5, 2019, a stipulation was filed granting Plaintiff leave to file a third amended complaint in this matter. (ECF No. 36.) The Court notes that pursuant to the scheduling order issued April 9, 2019, any amendment to the complaint was to be filed by May 8,2019. (ECF No. 26 at 2.) Plaintiff seeks to file an amended complaint to cure deficiencies in the state law claims identified by Defendants to avoid the filing of a motion to dismiss. In these circumstances the Court finds good cause to allow the filing of the amended complaint even though the deadline to amend has passed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a third amended complaint within **five (5) days** of the date of entry of this order; and

///

///

///

1

2. Defendants shall file a pleading responsive to Plaintiff's third amended complaint within **fourteen (14) days** of the date of filing of the third amended complaint.

IT IS SO ORDERED.

Dated: __**June 5, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE