# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>        Plaintiff,<br><br>   v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00391-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 48) |

On April 9, 2019, the Court issued the scheduling order in this matter setting the following dates and deadlines:

1. Non-Expert Discovery Deadline: March 23, 2020;
2. Expert Disclosure Deadline: April 6, 2020;
3. Supplemental Expert Disclosure Deadline: April 20, 2020;
4. Expert Discovery Deadline: May 18, 2020;
5. Dispositive Motion Filing Deadline: June 1, 2020;

(ECF No. 26.) On May 20, 2019, pursuant to the parties' consent to magistrate judge jurisdiction, the Court reset the pretrial conference before the undersigned on September 18, 2020, and the trial before the undersigned on October 27, 2020. (ECF No. 33.)

On March 12, 2020, the parties filed a stipulated request to amend the scheduling order and continue certain discovery deadlines and the dispositive motion deadline. (ECF No. 48.) The parties proffer they have been diligently working through discovery and request a short

1

extension of the deadlines to allow for scheduling of depositions, and to discuss resolution of the matter. (ECF No. 48 at 2.) The dispositive motion filing deadline is only to be extended fourteen days, the modification will not impact the trial date. (Id.) The Court finds good cause to modify the scheduling order.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the April 9, 2019 scheduling order (ECF No. 26), as modified on May 20, 2019 (ECF No. 33), is further modified as follows:

1. Non-Expert Discovery Deadline: May 15, 2020;
2. Expert Disclosure Deadline: May 22, 2020;
3. Supplemental Expert Disclosure Deadline: May 29, 2020;
4. Expert Discovery Deadline: June 10, 2020;
5. Dispositive Motion Filing Deadline: June 15, 2020;

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:  **March 13, 2020**

UNITED STATES MAGISTRATE JUDGE