# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GAMINO,<br><br>      Plaintiff,<br><br>  v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>      Defendants. | Case No.  1:18-cv-00391-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 50) |

On April 9, 2019, the Court issued the scheduling order in this matter setting the pretrial deadlines and trial date in this matter.  (ECF No. 26.)  On May 20, 2019, pursuant to the parties' consent to magistrate judge jurisdiction, the Court reset the pretrial conference to be held before the undersigned on September 18, 2020, and the trial before the undersigned on October 27, 2020.  (ECF No. 33.)  On March 13, 2020, the Court modified the scheduling order pursuant to the parties' stipulation, extending the discovery deadlines.  (ECF No. 49.)  On May 5, 2020, the parties filed a further stipulation to extend the discovery deadlines and dispositive motion filing deadline by thirty days.  (ECF No. 50.)  The parties have not requested a change to the trial date. (Id.)  The parties indicate that a tentative resolution of this matter has been reached, and the parties request a brief extension of the discovery deadlines to allow for further settlement discussions.  (Id.)[1]  The Court finds good cause to grant the stipulated modification.

[1] If the parties do reach settlement, "it is the duty of counsel to immediately file a notice of settlement or resolution."  L.R. 160(a).

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the April 9, 2019 scheduling order (ECF No. 26), as modified on May 20, 2019, and March 13, 2020 (ECF Nos. 33, 49), is further modified as follows:

1. Non-Expert Discovery Deadline: June 15, 2020;

2. Expert Disclosure Deadline: June 22, 2020;

3. Supplemental Expert Disclosure Deadline: June 29, 2020;

4. Expert Discovery Deadline: July 10, 2020;

5. Dispositive Motion Filing Deadline: July 15, 2020;

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:  __May 6, 2020__

UNITED STATES MAGISTRATE JUDGE